FILED
2026 Jul-14  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 2:25-cv-41-LCB-SGC |
| LATHADEUS DEONTE LEWIS, | ) ) | |
| Defendant. | ) | |

## ORDER

On June 16, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Staci G. Cornelius. A Report and Recommendation was filed on June 16, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this July 14, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE